

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00269-CR

BRANDON MICHAEL WATTS                                     APPELLANT

V.

THE STATE OF TEXAS                                           STATE

----------

### FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1411748D

----------

## MEMORANDUM OPINION[1]

----------

In exchange for the State's offer of four years' confinement, Appellant Brandon Michael Watts pled guilty and judicially confessed to possession of a controlled substance, namely, methamphetamine, in the amount of less than one gram within a drug-free zone, a third degree felony. *See* Tex. Health & Safety Code Ann. §§ 481.115(a)–(b) (West 2010), 481.134(d) (West Supp. 2014).

---

[1]*See* Tex. R. App. P. 47.4.

Appellant waived all pretrial motions and all rights of appeal as part of the bargain. The trial court followed the plea bargain, convicted Appellant of the offense, and sentenced him to four years' confinement, awarding him credit for time served. Appellant then filed a notice of appeal.

The trial court certification states that the case was a plea-bargain case and that Appellant had "NO right of appeal." Accordingly, we informed Appellant of the contents of the certification and stated that we could dismiss the appeal unless, on or before August 21, 2015, he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We have received no response. We therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 24, 2015

2